IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEM DEMETRIUS PRICE, #156780, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:03cv1047-WHA |
| | ) | (WO) |
| SGT. KIRKSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on January 31, 2006, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED without prejudice for failure of the plaintiff to properly prosecute this action and his failure to comply with the orders of this court.

Done this 16th day of February, 2006.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE